IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**PERRY TIPPY**                                                                   **PLAINTIFF**

**v.**                      Case No. 3:12-cv-196-KGB

**NAES CORPORATION**                                      **DEFENDANTS**

## ORDER

Before the Court is defendant's motion for Matthew Gallagher to appear *pro hac vice* (Dkt. No. 9). The motion is granted pursuant to Local Rule 83.5(d). Mr. Gallagher, in addition to Eva C. Madison, shall be counsel of record for defendant.

SO ORDERED this 11th day of December, 2012.

                                                      _____
                                                      Kristine G. Baker
                                                      United States District Judge