IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**PERRY TIPPY**                                                             **PLAINTIFF**

**v.**                          **Case No. 3:12-cv-00196-KGB**

**NAES CORPORATION**                                      **DEFENDANT**

## ORDER

Based on counsels' written representations to this Court, this case is removed from the trial docket for the week of July 7, 2014.

SO ORDERED this 2nd day of July, 2014.

                                                                       _____
                                                                       Kristine G. Baker
                                                                       United States District Judge