**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

PERRY TIPPY                                                                                              PLAINTIFF

vs.                                       Case No. 3:12-cv-00196-KGB

NAES CORPORATION                                                                            DEFENDANT

**DEFENDANT'S UNOPPOSED MOTION TO REVIEW FLSA SETTLEMENT *IN CAMERA*, IF NECESSARY, APPROVE SETTLEMENT, AND DISMISS WITH PREJUDICE**

Defendant NAES Corporation ("NAES") files this Motion to Review FLSA Settlement *In Camera*, if necessary, Approve Settlement, and Dismiss with Prejudice. In support of this Motion, NAES relies upon its contemporaneously filed supporting brief, which is incorporated herein by reference. Counsel for NAES has conferred with counsel for Plaintiff regarding this Motion and can represent to the Court that Plaintiff has stated that his position is that court approval of the settlement is required, but Plaintiff does not oppose approval.

**WHEREFORE**, NAES requests that the Court: (1) review the settlement agreed to by and between NAES and Plaintiff Perry Tippy *in camera*, if it determines that a review of the Agreement is necessary; 2) approve the proposed settlement; and (3) enter an Order dismissing this matter with prejudice. Alternatively, if the Court determines that the Agreement should be filed of record, NAES requests that the Court issue an Order allowing the Agreement to be filed under seal, and further requests that if the Court decides to unseal the terms of the settlement, that the Court provide adequate notice of its decision to unseal the settlement so that the Parties can decide if making the details public means there is no settlement and the case should therefore stay on the docket for adjudication. NAES, therefore, respectfully awaits further instructions

from this Court advising whether the Court requires a review of the Agreement prior to dismissal, and if so, which method it prefers for submission of the Agreement.

        Respectfully submitted,

        */s/Matthew G. Gallagher*
        Matthew G. Gallagher (AR Bar No. 2014108)
        LITTLER MENDELSON, P.C.
        3725 Champion Hills Dr.
        Suite 3000
        Memphis, TN  38125
        Telephone: 901-795-6695
        Email: mgallagher@littler.com

        Eva C. Madison (AR Bar No. 98183)
        LITTLER MENDELSON, P.C.
        217 E. Dickson St., Suite 204
        Fayetteville, AR 72701
        Telephone: 479-582-6100
        Email: emadison@littler.com

        Attorneys for Defendant NAES Corporation

## CERTIFICATE OF SERVICE

I hereby certify that on July 30, 2014, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system. Based on the records currently on file, the clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

    Luther Sutter
    Sutter & Gillham, PLLC
    P.O. Box 2012
    Benton, AR  72018

        */s/Matthew G. Gallagher*